STATE of Missouri,
Plaintiff-Respondent,

v.

William E. SHOEMATE,
Defendant-Appellant.

No. 49037.

Missouri Court of Appeals,
Eastern District,
Division Four.

June 25, 1985.

Motion for Rehearing and/or Transfer to Supreme Court Denied Aug. 5, 1985.

Edward C. Vancil, Clayton, for defendant-appellant.

John M. Morris, Asst. Atty. Gen., Jefferson City, for plaintiff-respondent.

ORDER

PER CURIAM.

Defendant appeals from his conviction by a jury of attempted robbery in the first degree and armed criminal action and the resultant twelve and three year concurrent

terms. No jurisprudential purpose would be served by an opinion.

Judgment affirmed. Rule 30.25(b).